RECEIVED
AUG 2 4 2000
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

NORTHWEST AIRLINES, INC., a Minnesota Corporation,

Plaintiff

-vs-

PAUL DAVIS, an individual residing In Oregon

Defendant.

CASE NO. Civil 00-613 RHK/SRN

**STIPULATION OF MUTUAL REQUEST OF THE PARTIES FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER AND ORDER**

---

IT IS HEREBY stipulated and agreed by and between the parties herein through the signatures of their attorneys of record that Defendant, Paul Davis, shall have an extension of time to file an Answer. The parties have an agreement to settle this dispute. A Settlement and Release Agreement is being circulated between the parties as of Monday, August 21, 2000. The parties expect to have fully executed settlement documents in less than 10 days time.

The parties hereby respectfully request the Court to issue the Order, which follows.

Dated: 24 August 2000

Thomas D. Harmon
Thomas D. Harmon (MN ID #193471)
Wagner Falconer & Judd, Ltd.
80 S. 8th St., Suite 3500
Minneapolis, MN 55402
Phone: 612-339-1421
ATTORNEYS FOR DEFENDANT

Dated: 8-24-00

Perry M. Wilson III (MN ID #12302X)
Joshua J. Burke (MN ID #257011)
Dorsey & Whitney LLP
Pillsbury Center South
220 S. Sixth Street
Minneapolis, MN 55402-1498
Phone: 612-340-5642
ATTORNEYS FOR PLAINTIFF

FILED AUG
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the foregoing Stipulation of Mutual Request for an Extension of Time for Defendant to File an Answer, such extension is granted. Defendant shall file an Answer with the Court no later than Tuesday, September 5, 2000, in the event this action is not settled and dismissed prior to that date

Dated: August 24, 2000

BY THE COURT

Susan Richard Nelson

The Honorable Susan Richard Nelson
United States Magistrate Judge