IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| NORTHWEST AIRLINES, INC., Plaintiff, vs. PAUL DAVIS, Defendant. | Case No. 00-CV-613<br>Judge Kyle |

**STIPULATION OF DISMISSAL AND ~~PROPOSED~~ ORDER**

The parties, through their undersigned attorneys, hereby stipulate and agree that the above-captioned civil action should be dismissed without prejudice, with each party bearing its own costs and attorneys' fees. The parties, through their attorneys, request that the Court enter an order dismissing this action without prejudice and that the Order be entered and filed without further notice to the parties.

WAGNER, FALCONER & JUDD, LTD.

By Thomas D Harmon

Thomas D. Harmon (#193471)
3500 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2113
(612) 339-1421
Attorney for Defendant

Date: Sept 26, 2000

DORSEY & WHITNEY LLP

By Joshua J. Burke

Joshua J. Burke (#257011)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-5642
Attorney for Plaintiff

Date: September 29, 2000

FILED OCT 03 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD OCT 03 2000
DEPUTY CLERK

ORDER

Based upon the stipulation of the parties, it is hereby ordered that the above-captioned civil action shall be dismissed without prejudice, without costs or disbursements to either party, and that this Order shall be filed and entered, and judgment entered thereon without further notice.

Dated: October 2, 2000

United States District Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.